**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RUTH EBNER-CUPPLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1607 RWS |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion to place her financial affidavit under seal. The motion is denied because there is no sensitive information on the affidavit.

**IT IS HEREBY ORDERED** that plaintiff's motion to place financial documents under seal is **DENIED**.

Dated this 5th day of October, 2007.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE